RICHARD M. BEARD, Respondent, *v.* MARY R. BEARD,
                    Appellant.

*Husband and wife — annulment of marriage upon ground of false
          representations of woman as to her chastity.*

Beard v. Beard, 207 App. Div. 812, affirmed.

(Argued May 20, 1924; decided June 3, 1924.)

APPEAL from a judgment, entered January 5, 1924,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department affirming an inter-
locutory judgment in favor of plaintiff entered upon the
report of a referee in an action to annul a marriage.
The complaint alleged that plaintiff was induced to marry
defendant by false representations as to her chastity.

*Martin A. Schenck, Marvin W. Wynne, Andrew Macrery*
and *Thomas P. De Graffenried* for appellant.

*Alton B. Parker* and *David D. Deutsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., McLAUGHLIN, ANDREWS
and LEHMAN, JJ.   Dissenting: CARDOZO, POUND and
CRANE, JJ.